

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2017 AUG -3 AM 10: 56

CLERK OF COURT

\\JC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SURREY OAKS LLC, STANLEY XU and NANLING CHEN, <br> Plaintiffs, <br> v. <br><br> EVANSTON INSURANCE COMPANY, <br> Defendant. | § § § § § § § § | CIVIL ACTION NO. 4:16-CV-516-A |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Surrey Oaks LLC, Stanley Xu, and Nanling Chen (all hereinafter collectively referred to as "Plaintiffs"), hereby appeal to the United States Court of Appeals for the Fifth Circuit from the following: (1) Order (Doc. No. 47) entered in this action on March 20, 2017 denying Plaintiffs' Motion for Partial Summary Judgment; (2) Memorandum Opinion and Order (Doc. No. 64) entered on July 19, 2017 granting Defendant Evanston Insurance Company's Motion for Summary Judgment; and (3) Final Judgment (Doc. No. 65) entered on July 19, 2017 dismissing Plaintiffs' lawsuit.

Respectfully submitted,

*Russell J. Bowman*
Russell J. Bowman
Texas State Bar No. 02751550
800 West Airport Freeway
Suite 860
Irving, Texas 75062
(214) 922-0220
(214) 922-0225 (FAX)
E-Mail: russelljbowman@sbcglobal.net
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing document as

indicated below, on this the 3rd day of August, 2017:

| | |
|---|---|
| Mr. Thomas H. Cook, Jr.<br>Zelle LLP<br>901 Main Street, Suite 4000<br>Dallas, Texas 75202-3975 | VIA E-MAIL - tcook@zelle.com |

_____
Russell J. Bowman